UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR421-0198

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| ASIM SIMMONS, JR. | ) Prohibited Person |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about January 16, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

**ASIM SIMMONS, JR.,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Taurus 709 Slim 9mm handgun, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).



{signatures on the following page}

1

A True Bill.

_____  
David H. Estes  
Acting United States Attorney

_____  
Joshua S. Bearden  
Assistant United States Attorney  
*Lead Counsel

_____  
Karl I. Knoche  
Assistant United States Attorney  
Chief, Criminal Division